**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6058**

———————

ROBERT LEE SMALLS,

                                        Plaintiff - Appellant,

        versus

VICTOR BLUE, JR.,

                                        Defendant - Appellee,

        and

EVANS CORRECTIONAL INSTITUTION,

                                        Defendant.

———————

Appeal from the United States District Court for the Southern District of South Carolina, at Rock Hill.  Henry F. Floyd, District Judge.  (0:05-cv-02373-HFF)

———————

Submitted:  May 31, 2007              Decided: June 7, 2007

———————

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Lee Smalls, Appellant Pro Se.  Benjamin Albert Baroody, Samuel F. Arthur, III, AIKEN, BRIDGES, NUNN, ELLIOTT & TYLER, PA, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Smalls appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smalls v. Blue, No. 0:05-cv-02373-HFF (D.S.C. Dec. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED